David H. McDOWELL, Plaintiff–Appellant

v.

TANKINETICS, INC.; William K. Angle; Strand Composite Engineering & Construction, LLC; St. Clair P. Guess, III; William F. Schwarz; Robert W. McManus, Defendants–Appellees.

No. 12–3441.

United States Court of Appeals, Eighth Circuit.

Submitted: May 16, 2013.

Filed: May 20, 2013.

**614**

Jonathan D. McDowell, McDowell & McDowell, Kansas City, MO, for Plaintiff–Appellant.

Stephen Witsell Jones, Mika Shadid Tucker, Jack & Nelson, Jeffrey L. Spillyards, Mitchell & Williams, Little Rock, AR, for Defendants–Appellees.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

David McDowell appeals the district court's[1] dismissal of his employment-discrimination action as untimely. We agree with the court that the complaint is untimely, because (1) it was filed well in excess of the applicable limitations period, see 29 U.S.C. § 626(e); *Hallgren v. United States Dep't of Energy*, 331 F.3d 588, 589 (8th Cir.2003) (failure to file suit within 90 days of receiving notice of final agency action renders employment-discrimination action untimely); (2) the prior state court suit, which was removed to federal court and dismissed without prejudice, does not save the instant suit from a dismissal for untimeliness, see *Gerhardson v. Gopher News. Co.*, 698 F.3d 1052, 1056 (8th Cir. 2012); and (3) McDowell failed to demonstrate that he was entitled to equitable tolling, see *Hallgren*, 331 F.3d at 590.

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.